UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD COLE BURCHETT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS J. KRZYMINSKI,<br><br>　　　　Defendant. | NO. CV-08-046-JLQ<br><br>ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING COMPLAINT |

　　By Order filed April 21, 2008, the court directed Mr. Burchett to comply with 28 U.S.C. § 1915(a)(2) which requires prisoners who seek to bring a civil action without prepayment of the filing fee to submit a certified copy of their trust fund account statement (or institutional equivalent) for the 6-months immediately preceding the filing of the complaint. Plaintiff was cautioned that failure to do so would result in denial of leave to proceed *in forma pauperis* and closure of the file. He did not comply.

　　Therefore, **IT IS ORDERED** Plaintiff's application to proceed *in forma pauperis* is **DENIED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

　　**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file.

　　**DATED** this 19th day of May 2008.

　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER -- 1